# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS C. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDICO, INC. d/b/a CREDIT COLLECTIONS BUREAU,<br><br>    Defendant. | Case No. 8:18-cv-02127-JLS-ADS<br><br>**ORDER ON DISMISSAL WITH PREJUDICE** |

Plaintiff, TRAVIS C. LEWIS ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above entire lawsuit is hereby dismissed, with prejudice.

Dated: September 11, 2019

                                           JOSEPHINE L. STATON
                                           Judge, U.S. District Court